IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| v. | * | CR 113-061 |
| FAWAD SHAH SYED | * | |

**ORDER**

Presently pending before the Court is Defendant's motion for change of counsel. (Doc. no. 94.) Defendant requests that the Court terminate Mr. Travis Saul as counsel of record and appoint an attorney for his appeal. (Id. at 1.) However, an appeal in this action is currently pending before the United States Circuit Court of Appeals for the Eleventh Circuit. Under this Circuit's Criminal Justice Act Plan, on appeal retained counsel "may not . . . cease representation of a defendant except upon order of this court." 11th Cir. R. Addendum Four, 11th Cir. Plan Under the Criminal Justice Act § (d)(2) (referencing the Eleventh Circuit). In addition, the Eleventh Circuit has already considered and denied one motion to withdraw filed by Defendant's counsel. Consequently, Defendant's motion (doc. no. 94) is **DENIED** and all further motions should be filed with the Eleventh Circuit Court of Appeals.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of August, 2014.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA