IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 113-061 |
| | * | |
| FAWAD SHAH SYED | * | |

## O R D E R

On April 11, 2016, Defendant Fawad Shah Syed requested the Court send him a letter, dated January 7, 2014, which he had previously sent to the Court. While the Court does not normally provide free copies of documents absent good cause, as a matter of courtesy, the Clerk is directed to provide a copy of the prior letter (doc. 79) with the service copy of this Order and to terminate the attendant motion (doc. 119).

**ORDER ENTERED** at Augusta, Georgia, this ___ day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA