IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICAN,       )
                                 )
    Plaintiff-Appellee,          )
                                 )
vs.                              )      Case No.: CR 113-061-001
                                 )
FAWAD SHAH SYED,                 )      Appeal No.: 24-11732
                                 )
    Defendant-Appellant.         )

_____

O R D E R

_____

The appeal in the above-styled action having been dismissed by the United States Court

of Appeals for the Eleventh Circuit for want of prosecution,

    IT IS HEREBY ORDERED that the mandate order of the United States Court of

Appeals for the Eleventh Circuit is made the order of this Court.

    SO ORDERED, this _____14th_____ day of November 2024.

_____

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA